# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Watona L. Marks | ) | Chapter 13 |
| | ) | Case No. 18 B 25521 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Watona L. Marks  
PO Box 13251  
Chicago, IL  60613-0251

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On December 05, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, November 19, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 11, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 06, 2018, for a term of 60 months with payments of $100.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 14 | $1,768.00 | $1,592.55 | $175.45 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/19/2019  
Due Each Month: $100.00  
Next Pymt Due: 12/11/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/17/2019 | 110600348 | $46.15 | 07/01/2019 | 110605182 | $46.15 |
| 07/16/2019 | 110609287 | $46.15 | 07/29/2019 | 110613547 | $46.15 |
| 08/12/2019 | 110618206 | $46.15 | 08/26/2019 | 110625383 | $46.15 |
| 09/09/2019 | 110634865 | $46.15 | 09/23/2019 | 110647101 | $46.15 |
| 10/15/2019 | 110651667 | $46.15 | 10/23/2019 | 110656076 | $46.15 |
| 11/04/2019 | 110662702 | $46.15 | 11/18/2019 | 110666432 | $46.15 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE