# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| WATONA L. MARKS, | ) | Case No. 18-25521 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

## NOTICE OF OBJECTION

NOW COMES the debtor, WATONA L. MARKS, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, and states as follows:

1) Trustee Marilyn O. Marshall filed a Motion to Dismiss for Material Default in this case, document number 30. The motion is scheduled to be heard on August 12, 2021 at 1:00 pm.

2) The debtor objects to this motion.

Respectfully Submitted,

/s/ Jeffrey A. Soufal
Jeffrey A. Soufal, ARDC #6227155
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100